# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0787.  RECHECK FUNDING, LLC v. KEITH LASSETER.**

In this civil action, defendant Recheck Funding, LLC ("Recheck") appeals the trial court's order denying its motion for a new trial, following a judgment in favor of the plaintiff in the amount of $8,926.00.  We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).  Recheck's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 12/06/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*